UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.J., et al.,

           Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

23-CV-9757 (JLR) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2024

**BARBARA MOSES, United States Magistrate Judge.**

    This action was filed on November 3, 2023 (Dkt. 1), requiring plaintiffs to serve defendant with the summons and complaint no later than February 1, 2024. *See* Fed. R. Civ. P. 4(m). However, there is no evidence on the docket that plaintiff has completed service, and plaintiff made no request for the issuance of a summons until January 31, 2024. (*See* Dkt. 6.)

    Although plaintiffs have not sought an extension of time to serve process and file proof of such service, the Court *sua sponte* extends their time to do so to **February 20, 2024**. Plaintiffs are reminded that they must also serve (i) a copy of the District Judge's Order dated November 8, 2023 (Dkt. 4), and (ii) a copy of the undersigned's Order Regarding General Pretrial Management dated November 9, 2023 (Dkt. 5), and file proof of such service on the docket. (*See* Dkt. 5 ¶ 3.) Plaintiffs are further reminded that the parties must submit a joint letter to Judge Moses no later than two weeks after the date on which defendant enters an appearance. (*See id.* ¶ 2.) <u>Should plaintiffs fail to comply with this Order, their claims may be dismissed without further notice</u>.

Dated: New York, New York
       February 5, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**